## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GEORGE BOCHETTO, AS ADMINISTRATOR OF THE ESTATES OF ANDREW MILLER, DEC., DENNIS FALIZE, DECEASED, AND JAVIER TERRON SANCHO, DECEASED, AND MARK MILLER AND SUSAN MARIE MILLER, DIRK JAN FALIZE, KARIN DEN TURK AND JOSE M. TERRON SANCHO

v.

PIPER AIRCRAFT CO., AMERICAN CAPITAL, LTD., & DIMELING SCHREIBER & PARK, HONEYWELL INTERNATIONAL, INC., CONTINENTAL MOTORS, INC., TELEDYNE TECHNOLOGIES, INC., TDY INDUSTRIES, INC., ALLEGHENY TECHNOLOGIES, INC., AND ALLEGHENY TELEDYNE, INC.

PETITION OF:  PIPER AIRCRAFT CO., AMERICAN CAPITAL, LTD., & DIMELING SCHREIBER & PARK, HONEYWELL INTERNATIONAL, INC., CONTINENTAL MOTORS, INC.

: No. 441 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.